IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRAD CUMMINGS, as Personal Representative
of the ESTATE OF JIMMY CHRIS CUMMINGS,
Deceased; BRAD CUMMINGS, as Personal
Representative of the ESTATE OF LINDA JANE
CUMMINGS, Deceased; and GREGORY
GREENHAW, as Personal Representative of
the ESTATE OF BETTY LOU GREENHAW,
Deceased,

        Plaintiffs,

        vs.                                        Civ. No. 23-893  KK/JFR

THE UNITED STATES OF AMERICA,

        Defendant.

## ORDER REGARDING SETTLEMENT CONFERENCE

**THIS MATTER** came before the Court for a telephone status conference on October 3, 2024, at 3:30 p.m.  Attorneys Daniel Walker, Mark Clark and David Houliston appeared on behalf of Plaintiffs.  Attorney Nicholas Sydow appeared on behalf of Defendant.

Having heard from the parties, the Court will convert the settlement conference set for **Friday, October 11, 2024, beginning at 9:00 a.m.,** from in-person attendance to participation via Zoom.[1]  Instructions and an invitation to the Zoom meeting will be sent to the parties in the days preceding the settlement conference.  Counsel are responsible for ensuring that each of their settlement conference participants have the information necessary to participate in the settlement conference by Zoom. The Court asks that all settlement conference participants log in to the

---

[1] **REMINDER:  Recording or broadcasting of this conference is strictly prohibited.**  *See* D.N.M.LR-Civ. 83.1.

Zoom conference fifteen minutes prior to the starting time in case there are any technical issues that need to be addressed prior to the conference.

The Court will vacate the telephone pre-settlement conference scheduled for Tuesday, October 8, 2024, at 9:30 a.m.

Finally, the parties' confidential position statements are due to the Court by the close of business on Friday, October 4, 2024.

**IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**