UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable John F. Robbenhaar**
United States Magistrate Judge

Clerk's Minutes

**CASE NAME:**       *Cummings et al. v. The United States of America*

**CASE NUMBER:**   Civ. No. 23cv893 KK/JFR

A Rule 16 Settlement Conference was held on **Friday, October 11, 2024, beginning at 9:00 a.m.,** via ZOOM, before United States Magistrate Judge John F. Robbenhaar.

| | |
|---|---|
| **Plaintiffs' Attorneys Present:** | Daniel D. Walker |
| | Mark W. Clark |
| | David M. Houliston |
| **With Clients:** | Greg Greenhaw, Personal Representative |
| | Brad Cummings, Personal Representative |
| **Defendant's Attorneys Present:** | Maria S. Dudley |
| | Nicholas M. Sydow |
| **With Clients:** | Alex Ospino, USDA General Counsel |
| | Steve Hattenbach, USDA Regional Forester/USFS |

**RESULTS OF SETTLEMENT CONFERENCE:**

Case settled on October 18, 2024, subject to certain conditions known to the parties.

Requisite government approval may take between 60-90 days.

The stay granted by Judge Khalsa (Doc. 39) will remain in effect pending submission of closing documents.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

Six Hours and Thirty Minutes

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCUS:**

One Hour and Twelve Minutes